UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

CASE NO: 08-10016-CIV-KING/BANDSTRA

SCOTT A. HARRINGTON,

    Plaintiff,

v.

CITY OF KEY WEST, FLORIDA, a
Florida municipal corporation, OFFICER
KELLY S. THOMAS, individually,
OFFICER ERIC DEFILIPPO,
individually, OFFICER BLAIR LOWE,
individually, OFFICER CARTER SIMS,
individually, OFFICER M. TORRES,
individually, OFFICER STEVEN
TORRENCE, individually, OFFICER
E.J. CUNEO, individually,

    Defendants.

_____/

## ORDER DENYING PLAINTIFF'S MOTION TO COMPEL ACCEPTANCE OF PROCESS OF SERVICE

THIS MATTER is before the Court upon Plaintiff's Motion to Compel Acceptance of Process of Service (D.E. #61), filed April 14, 2009.

In the instant Motion, Plaintiff asks this Court to compel acceptance of process of service on Defendant Torres. In support, Plaintiff alleges that Defendant Torres is

currently employed by the Broward Sheriff's Office (BSO), but both the BSO and Defense counsel have refused to accept service for Defendant Torres. Plaintiff contends that "[i]f Torres is not made a party to this suit, [Plaintiff] will lose all claims associated with his false arrest on February 15, 2004." (D.E. #61).

Upon review of the record, the Court finds that Plaintiff has waited too long to notify the Court about his difficulties in effectuating service of process on Defendant Torres. This case was removed to this Court on February 7, 2008 (D.E. #1). The Court immediately entered its Scheduling Order on February 11, 2008 (D.E. #2). On December 10, 2008, the Plaintiff amended his Complaint to include Defendant Torres (D.E. #39). In the instant Motion, Plaintiff first brought this issue to the Court's attention.

Thus, Plaintiff waited ten months to amend the complaint to add Defendant Torres. Then, Plaintiff waited another four months before notifying the Court of the difficulties Plaintiff had in serving Defendant Torres. Instead of coming to the Court in a timely manner upon having trouble serving Defendant Torres, Plaintiff waited until the last day of the motion practice deadline to involve this Court in any attempt to resolve the matter.

Accordingly, after a careful review of the record and the Court being otherwise fully advised, it is **ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Motion to Compel Acceptance of Process of Service **(D.E. #61)** be, and the same is hereby, **DENIED**.

**DONE AND ORDERED** in the Chambers at the James Lawrence King Federal

Justice Building and United States Courthouse, Miami, Florida this 15th day of April, 2009.

                                                JAMES LAWRENCE KING
                                                UNITED STATES DISTRICT JUDGE
                                                SOUTHERN DISTRICT OF FLORIDA

cc:

**_Counsel for Plaintiff_**
**Felix Manuel Caceres, II**
Felix M. Caceres II, P.A.
1035 S.W. 87th Avenue
Miami, FL 33174

**Jiulio Frank Margalli**
The Margalli Law Office, P.A.
310 Petronia street
Key West, FL 33040

**Lowell J. Kuvin**
Lowell J Kuvin, LLC
22 N.E. 1st Street
Suite 201
Miami, FL 33132

**_Counsel for Defendants_**
**Michael Thomas Burke**
**Anastasia Protopapadakis**
Johnson Anselmo Murdoch Burke Piper & McDuff
2455 E. Sunrise Boulevard
Suite 1000
Fort Lauderdale, FL 33304