# UNITED STATES DISTRICT COURT

## Southern District of Florida

Case Number: **08-10016**

**Scott A. Harrington**

                Plaintiff

v.

**City of Key West, et. al.**

                Defendant

### EXHIBIT AND WITNESS LIST (EXHIBIT AMENDMENT)

| PRESIDING JUDGE<br>Honorable James L. King | PLAINTIFF'S ATTORNEY<br>Lowell Kuvin, Felix Caceras | DEFENDANT'S ATTORNEY<br>Michael Burke |
|---|---|---|
| TRIAL DATE(S)<br>July 20, 2009 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 22 | | | | | Letter Cintron CRB to Mauldin and Kohl  January 30, 2008 2pgs. |
| 23 | | | | | Letter German CRB to Kohl  March 21, 2005 1pg. |
| 24 | | | | | Letter German CRB to US Dept. Justice Aril 7, 2005 2pgs. |
| 25 | | | | | Memo Erskine to Benkoczy December 26, 2007 1pg. |
| 26 | | | | | Memo Willett CRB to Benkoczy and Del Cid December 6, 2007 1 pg. |
| 27 | | | | | Letter Fritz CRB to Erskine February 15, 2008 3pgs. |
| 28 | | | | | Letter Del Cid IA to Willet CRB January 2, 2008 1pg. |

Case 4:08-cv-10016-JLK Document 104-2 Entered on FLSD Docket 06/11/2009 Page 1 of 1

AO 88A (Rev. 06/2007) Exhibit and Witness List

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __2__ Pages