# UNITED STATES DISTRICT COURT

## Southern District of Florida

Case Number: **08-10016** _____

**Scott A. Harrington**

                              Plaintiff

  v.

**City of Key West, et. al.**

                              Defendant

## EXHIBIT AND WITNESS LIST (WITNESS AMENDMENT)

| PRESIDING JUDGE Honorable James L. King | | PLAINTIFF'S ATTORNEY Lowell Kuvin, Felix Caceras | | DEFENDANT'S ATTORNEY Michael Burke | |
|---|---|---|---|---|---|
| TRIAL DATE(S) July 20, 2009 | | COURT REPORTER | | COURTROOM DEPUTY | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 11 | | | | | Amanda Willett |
| 12 | | | | | Todd German |
| 13 | | | | | Adare Fritz |
| 14 | | | | | Robert Cintron |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.