## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**Case No.:** 08-10016-CIV-KING-BANSTRA

SCOTT A. HARRINGTON,

      Plaintiff,

vs.

CITY OF KEY WEST, FLORIDA, a
Florida municipal corporation, *et. al.*,

      Defendants.

_____/

### PLAINTIFF HARRINGTON'S OBJECTIONS TO
### DEFENDANT'S LIST OF TRIAL EXHIBITS

The Plaintiff, SCOTT HARRINGTON, ("HARRINGTON"), by and through

its undersigned attorneys files its objections to Defendant's List of Trial Exhibits

and states as follows:

### Introduction

In noting the basis for objections, the following codes have been used:

A - Authenticity

I - Contains inadmissible matter

R - Relevancy

H - Hearsay

UP - Unduly prejudicial – probative value outweighed by undue prejudice

P - Privileged

**Schedule A**

Paragraph numbers correspond to paragraph numbers of Defendant's Exhibit List

(D.E. 100-2).

**Objections**

1. A – I – R – H – UP

2. A – I – R – H – UP – P

3. A – I – R – H – UP – P

4. A – I – R – H – UP – P

5. A – I – R – H – UP – P

6. A – I – R – H – UP – P

7. A – I – R – UP

8. A – I – R – H – UP

9. A – I – R – H – UP

10. A – I – R – H - UP

11. A – I – R – H – UP – P

12. A – I – R – H – UP – P

13. A – I – R – H – UP

14. A – I – R – H – UP

15. A – I – R – H – UP

16. A – I – R – H – UP

17. A – I – R – H – UP

18. A – I – R – H – UP

19. A – I – R – H – UP

20. A – I – R – H – UP

21. A – I – R – H – UP

22. A – I – R – H – UP

23. A – I – R – H – UP

24. A – I – R – H – UP

25. A – I – R – H – UP

26. A – I – R – H – UP

27. A – I – R – H – UP

28. A – I – R – H – UP – P

29. A – I – R – H – UP – P

30. A – R – H – UP – P

31. A – I – R – H – UP – P

32. A – R – H – UP – P

33. A – I – R – H – UP – P

34. A – I – R – H – UP – P

35. A – I – R – H – UP – P

36. A – I – R – H – UP – P

37. A – I – R – H – UP – P

38. A – I – R – H – UP – P

39. A – I – R – H – UP – P

40. A – I – R – H – UP – P

41. A – I – R – H – UP – P

42. A – I – R – H – UP – P

43. A – I – R – H – UP – P

Respectfully Submitted,

/s Lowell J. Kuvin
Lowell J. Kuvin
(Fla. Bar No.: 53072)
lowell@kuvinlaw.com
Law Office of Lowell J. Kuvin, LLC
22 N.E. 1st Street, Suite 201
Miami Florida 33132
Tel: 305.358.6800
Fax: 305.358.6808

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 17, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day electronically to all counsel identified on the attached Service List via transmission of Notice of Electronic Filing Generated by CM/ECF.

Case No.: 08-10016-CIV-KING

## SERVICE LIST

**Michael Thomas Burke**
Email: burke@jambg.com
Johnson Anselmo Murdoch Burke Piper & McDuff
International Building
2455 E Sunrise Boulevard
Suite 1000
PO Box 030220
Fort Lauderdale, FL 33304-0220
954-463-0100
Fax: 463-2444

LEAD ATTORNEY FOR DEFENDANTS
ATTORNEY TO BE NOTICE

**Lowell J. Kuvin**
(Fla. Bar No.: 53072)
lowell@kuvinlaw.com
Law Office of Lowell J. Kuvin, LLC
22 N.E. 1st Street, Suite 201
Miami Florida 33132
Tel: 305.358.6800
Fax: 305.358.6808

**Felix M. Caceres**
(Fla. Bar No.: 43448)
felix@cacereslaw.com
1035 S.W. 87th Ave.
Miami Florida 33174
Tel: 305.265.8607
Fax: 800.305.2026