UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

CASE NO.: 08-10016-CIV-KING

SCOTT A. HARRINGTON,

    Plaintiff,

v.

CITY OF KEY WEST, FLORIDA, a
Florida municipal corporation, OFFICER
KELLY S. THOMAS, individually,
OFFICER ERIC DEFILIPPO,
individually, OFFICER BLAIR LOWE,
individually, OFFICER CARTER SIMS,
individually, OFFICER M. TORRES,
individually, OFFICER STEVEN
TORRENCE, individually, OFFICER
E.J. CUNEO, individually,

    Defendants.
_____/

## ORDER GRANTING DEFENDANTS THOMAS AND CUNEO'S MOTIONS FOR SUMMARY JUDGMENT

The Final Pretrial Conference was held for the above-styled case on June 12, 2009 (D.E. #105). At the pretrial conference, the Plaintiff voluntarily dismissed Defendant Steven Torrence as a party Defendant (D.E. #105). Furthermore, oral argument was held for hearing on the Defendants' multiple motions for summary judgment (D.E. #66, #69, #72, #74, #77). Accordingly, the Court having heard the arguments of counsel and being otherwise fully advised of the premises, it is **ORDERED, ADJUDGED, and DECREED** as follows:

    1.    Due to the Plaintiff's voluntary dismissal of all claims against Defendant Officer

Steven Torrence at the pretrial conference, Defendant Torrence's Motion for Summary Judgment **(D.E. #66)**, be and the same is hereby, **DENIED as moot**. Defendant Torrence is hereby **DISMISSED** as a party defendant.

3. Defendant E.J. Cuneo's Motion for Summary Judgment **(D.E. #63)** be, and the same is hereby, **GRANTED**.

4. Defendant Carter Sims's Motion for Partial Summary Judgment **(D.E. #69)** be and the same is hereby, **DENIED**.

5. Defendant Eric DeFilippo's Motion for Summary Judgment **(D.E. #72)** be, and the same is hereby, **DENIED**.

6. Defendant Kelly S. Thomas's Motion for Summary Judgment **(D.E. #74)** be, and the same is hereby, **GRANTED**.

7. Defendant City of Key West's Motion for Partial Summary Judgment **(D.E. #77)** be, and the same is hereby, **DENIED**.

8. The above-styled matter **SHALL PROCEED** by Plaintiff Scott A. Harrington against Defendants City of Key West, Florida, Officer Eric DeFilippo, and Officer Carter Sims[1] in accordance with the Court's November 17, 2008 Amended Scheduling Order (D.E. #38) setting trial to commence in Key West, Florida on the Court's trial calendar of <u>July 20, 2009</u>.

**DONE and ORDERED** in the Chambers at the James Lawrence King Federal Justice

---

[1] At the June 12, 2009 Final Pretrial Conference, upon hearing the positions of the Parties, the Court dismissed Defendants Officer Blair Lowe and Officer M. Torres for failure of the Plaintiff to properly effectuate service of process (D.E. #105).

2

Building and United States Courthouse, Miami, Florida this in Chambers at Miami, Florida this 23rd day of June, 2009.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:

<u>Counsel for Plaintiff</u>
**Felix Manuel Caceres, II**
Felix M. Caceres II, P.A.
1035 S.W. 87th Avenue
Miami, FL 33174

**Jiulio Frank Margalli**
The Margalli Law Office, P.A.
310 Petronia street
Key West, FL 33040

**Lowell J. Kuvin**
Lowell J Kuvin, LLC
22 N.E. 1st Street
Suite 201
Miami, FL 33132

<u>Counsel for Defendants</u>
**Michael Thomas Burke**
**Anastasia Protopapadakis**
Johnson Anselmo Murdoch Burke Piper & McDuff
2455 E. Sunrise Boulevard
Suite 1000
Fort Lauderdale, FL 33304