UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-10016-CIV-KING

SCOTT A. HARRINGTON, *individually*

    Plaintiff,

v.

CITY OF KEY WEST, FLORIDA, a
Florida municipal corporation, CHIEF
OF POLICE BILL MAULDIN, for the
Key West Police Department, OFFICER
KELLY S. THOMAS, individually,
OFFICER ERIC DEFILIPPO,
individually, OFFICER BLAIR LOWE,
individually, OFFICER CARTER SIMS,
individually,

    Defendants.
_____/

**ORDER RESCHEDULING TRIAL DATE TO OCTOBER 5, 2009**

THIS MATTER came before the Court sua sponte.

IT IS ORDERED and ADJUDGED that this case is hereby reset for **trial** on the two-week trial calendar commencing **October 5, 2009, at 9:00 a.m.**, at the United States Courthouse, 301 Simonton Street, Key West, Florida.

## CALENDAR CALL

In order to make sure that cases set on this calendar are completely ready for trial and that all matters which might be a cause of delay of the trial have been ruled upon, the court hereby schedules a **calendar call** for **October 1, 2009, at 2:00 p.m.**, at the James Lawrence King Federal Justice Building, 99 N.E. 4th Street, Eleventh Floor,

Courtroom #2, Miami, Florida. All Defendants, whether in pre-trial custody or released on bond, must be present for this calendar call.

Under existing policies and agreements between the state and federal courts of Florida, the judge who enters the first written order scheduling a case for trial on a date set, has priority over the service of the attorney so scheduled for the date set. See Krasnow v. Navarro, 909 F. 2d 451 (11th Cir. 1990).

It shall be the duty of the attorneys herein set to ensure that no other judge schedules them for a trial that impacts upon or conflicts with the date set forth above. If any counsel receives a written notice of a trial from another judge, in either state or federal court, that in any way conflicts with this trial scheduled setting, it is the obligation of that attorney to notify that judge immediately so that the judge may reschedule his or her calendar, thus leaving counsel conflict free for this case.

Any private agreement, suggested or proposed Rule 16 scheduling conference agreements between counsel, Rule 16 scheduling order or orders of the court attempting to set dates or deadlines contrary to this order are hereby stricken and declared void.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, dated this 21st day of August, 2009.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: Julio Frank Margalli, Esq.
THE MARGALLI LAW OFFICE, P.A.
310 Petronia Street
Key West, Florida 33040
Facsimile: (305) 295-6916

Felix Manuel Caceres, II, Esq.
FELIX M. CACERES, II PA
1035 SW 87th Avenue
Miami, Florida 33174
Facsimile: (800) 305-2026

Lowell J. Kuvin, Esq.
LOWELL J. KUVIN LLC
22 NE 1st Street
Suite 201
Miami, Florida 33132
Facsimile: (305) 358-6808
*Counsel for Plaintiff*

Michael Thomas Burke, Esq.
JOHNSON ANSELMO MURDOCH BURKE
PIPER & MCDUFF
international Building
2455 E. Sunrise Boulevard
Suite 1000
P..O. Box 030220
Fort Lauderdale, Florida 33304-0220
Facsimile: (954) 463-2444
*Counsel for Defendant*